IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 08-cr-00099-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DARMINA ELENA BAILEY,

    Defendant.

_____

**ORDER**
_____


The court construes defendant's Notice of Disposition as a motion to change his

plea and to have the court consider the terms of the parties' plea agreement.  Pursuant

to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending

determination of those matters.  Counsel shall contact chambers within ten days to set

a change of plea hearing.

    DATED at Denver, Colorado, on April 3, 2008.

                BY THE COURT:



                s/ Walker D. Miller
                United States District Judge

PDF FINAL