IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00099-WDM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     DARMINA ELENA BAILEY,

       Defendant.

---

**ORDER**

---

Upon the motion of the United States of America, and for good cause shown, it is

ORDERED that Count Two of the Indictment in the above-captioned case are dismissed.

Date:  <u>April 1, 2009</u>

                                   BY THE COURT:

                                   s/ Walker D. Miller
                                   WALKER D. MILLER
                                   UNITED STATES DISTRICT JUDGE
                                   UNITED STATES DISTRICT COURT
                                   DISTRICT OF COLORADO