IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  08-cr-00099-WDM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

DARMINA ELENA BAILEY,

     Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

     Hearing on the supervised release violation will be held **June 7, 2011, at 3:00 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated: March 8, 2011

                                                     s/ Jane Trexler, Judicial Assistant