**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 08-cr-00099-CMA-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DARMINA BAILEY,

        Defendant.

---

**ORDER QUASHING WARRANT
AND CONTINUING PROBATION**

---

THIS MATTER comes to the attention of the Court upon request by the probation officer to dismiss probation violation proceedings in this case. The Court, having been advised in the facts and premises of the above case, hereby

ORDERS that the petition for violation of probation, dated the 9th day of February, 2011, is hereby dismissed and the warrant is quashed. It is

FURTHER ORDERED that the Defendant is continued on probation under the same terms and conditions, and that the probation violation hearing that was continued for 90 days on Monday, June 6, 2011, is VACATED.

DATED at Denver, Colorado, this   1st   day of September, 2011.

        BY THE COURT:

        *Christine M Arguello*
        _____
        CHRISTINE M. ARGUELLO
        United States District Judge